

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00359-CR

**EX PARTE** Rene Espejo **GONZALEZ**

From the County Court, Kinney County, Texas
Trial Court No. 14041CR
Honorable Todd A. Blomerth, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 23, 2025.

H. Todd McCray
_____
H. Todd McCray, Justice

---

[1] Senior Judge Todd A. Blomerth signed the order denying the habeas corpus relief at issue in this appeal.